# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | Master Docket No.:  2:18-mn-2873-RMG<br><br>**This document relates to:**<br>See Exhibit A Attached Hereto |

## STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs in the actions identified in Exhibit A attached hereto and Defendants Tyco Fire Products LP ("Tyco"), Chemguard, Inc. ("Chemguard"), and ChemDesign Products, Inc. ("ChemDesign") hereby stipulate and agree to a dismissal with prejudice of all Plaintiffs' Claims against Tyco, Chemguard, ChemDesign, and any other Released Parties[1] in the actions identified in Exhibit A pursuant to Plaintiffs' decision to participate in the Settlement Agreement Between Public Water Systems and Tyco dated April 12, 2024 (the "Settlement Agreement"), which received final approval on November 22, 2024, from the Court overseeing *In Re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL No. 2:18-mn-2873 (D.S.C.).

Each party shall bear its own costs.

---

[1] Unless otherwise indicated, all capitalized terms in this motion have the meaning given to them in the Settlement Agreement.

1

Dated: May 22, 2025                                      Respectfully submitted,

/s/ Tate J. Kunkle                                       /s/ David E. Dukes
  Gary J. Douglas                              David E. Dukes
  Michael A. London                            Nelson Mullins Riley & Scarborough LLP
  Rebecca G. Newman                            1320 Main Street / 17th Floor
  Tate J. Kunkle                               Post Office Box 11070 (29211-1070)
  DOUGLAS & LONDON, P.C.                       Columbia, SC 29201
  59 Maiden Ln, 6th Fl                         (803) 799-2000
  New York, NY 10038                           david.dukes@nelsonmullins.com
  Telephone: (212) 566-7500
  gdouglas@douglasandlondon.com                 /s/ Liam J. Montgomery
  mlondon@douglasandlondon.com                  Liam J. Montgomery
  rnewman@douglasandlondon.com                  WILLIAMS & CONNOLLY LLP
  tkunkle@douglasandlondon.com                  680 Maine Ave SW
                                                Washington, DC 20024
*Counsel for Plaintiffs Listed on Exhibit A*             (202) 434-5000
                                                         lmontgomery@wc.com

                                                         *Counsel for Defendants Tyco Fire Products LP and Chemguard, Inc.*


                                                         /s/ Jonathan B. Blakley
                                                           Jonathan B. Blakley
                                                           Gordon Rees Scully Mansukhani
                                                           One North Wacker, Suite 1600
                                                           Chicago, IL 60606
                                                           (312) 619-4915
                                                           jblakley@grsm.com

                                                         *Counsel for ChemDesign Products Inc.*